# ALABAMA COURT OF CRIMINAL APPEALS



January 17, 2025

**CR-2023-0832**

Younes Essouiri v. State of Alabama (Appeal from Jefferson Circuit Court: CC-19-1562)

## **<u>NOTICE</u>**

You are hereby notified that on January 17, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk